JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Lance R. Gallardo, | ) | Case No. **CV 10-8320-JFW (Ex)** |
|---|---|---|
| Plaintiff, | ) ) | **JUDGMENT** |
| v. | ) ) | |
| United Portfolio Management, Inc., | ) ) ) | |
| Defendant. | ) ) | |

The Court, having granted the Defendant United Portfolio Management, Inc.'s Motion for Summary Judgment based on its determination that there was no genuine issue as to any material fact and that Defendant United Portfolio Management, Inc. was entitled to judgment as a matter of law on all claims for relief alleged against it,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

1.  Plaintiff Lance R. Gallardo shall recover nothing from Defendant United Portfolio Management, Inc.;

2.  Defendant United Portfolio Management, Inc. shall have judgment in its favor on Plaintiff Lance R. Gallardo's entire action; and

3.    Defendant United Portfolio Management, Inc. shall recover from Plaintiff its costs of suit in the sum of $_____.

The Clerk is ordered to enter this Judgment.

Dated: September 20, 2011    _____
                                        JOHN F. WALTER
                              UNITED STATES DISTRICT JUDGE